AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00499 |
| Joshua Christopher Doolin | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/25/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Christopher Doolin,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b), (Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 1752(a)(1), (2), and (4) (Restricted Building or Grounds); and
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct)

Date: 06/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:01:56 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* JUNE 30, 2021
at *(city and state)* LAKELAND, FL.

Date: 06/30/2021

*Arresting officer's signature*

SPECIAL AGENT MARK DOWNES
*Printed name and title*